IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MOTOROLA, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION**, <br><br> Defendants. | Civil Action No. _____ <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S CORPORATE DISCLOSURE**
**STATEMENT PURSUANT TO LOCAL RULE 3.2**

Pursuant to Local Rule 3.2, Plaintiff, Motorola, Inc. ("Plaintiff") hereby states that it is a publicly held corporation (NYSE: MOT) that has no parent corporation. Two entities own five percent or more of Plaintiff's stock: (1) AXA Financial, Inc. and (2) Carl C. Icahn and related entities. Plaintiff notes that a privately held investment advisor, Dodge & Cox, manages a mutual fund that owns five percent or more of its stock.


Dated: January 22, 2010         By: /s/Richard T. McCaulley, Jr.
                                    Richard T. McCaulley, Jr.
                                    Louis E. Fogel
                                    Ropes & Gray LLP
                                    111 South Wacker Drive, 46th Floor
                                    Chicago, IL 60606
                                    Phone No. (312) 845-1200

|  |  |
|---|---|
| Of Counsel:<br>Sean C. Cunningham<br>DLA Piper LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Phone No. (619) 699-2900<br><br>Steve Reynolds<br>DLA Piper LLP<br>203 North LaSalle Street, Suite 1900<br>Chicago, IL 60601<br>Phone No. (312) 368-4000 | Jesse J. Jenner<br>Steven Pepe<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Phone No. (212) 596-9000<br><br>Norman H. Beamer<br>Joshua V. Van Hoven<br>Jane H. Bu<br>Ropes & Gray LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303<br>Phone No. (650) 617-4000<br><br>Nicole M. Jantzi<br>Paul M. Schoenhard<br>Kevin J. Post<br>Ropes & Gray LLP<br>700 12th Street NW, Suite 900<br>Washington, DC 20005<br>Phone No. (202) 508-4600<br><br>Attorneys for Plaintiff,<br>MOTOROLA, INC. |